AO 450 Judgment in a Civil Case

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Arthur Lee Wharry

**V.**

**JUDGMENT IN A CIVIL CASE**

AAA Towing Company

**CASE NUMBER:**    07cv0489-LAB(LSP)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff's motion to proceed in forma pauperis is granted and the Complaint is dismissed without prejudice for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Complaint is dismissed without leave to amend..................................................................................................................................

| March 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Johnson |
| | (By) Deputy Clerk |
| | ENTERED ON March 22, 2007 |